Maysoun Fletcher, Esq.
Nevada Bar No. 10041
The Fletcher Firm, P.C.
5510 South Fort Apache Rd.
Las Vegas, Nevada 89148
Telephone: (702) 835-1542
Facsimile: (702) 835-1559
maf@fletcherfirmlaw.com
Attorney for Defendant,
Elmer Abalberto Hernandez-Escobar

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> ELMER ABALBERTO HERNANDEZ-ESCOBAR <br> Defendant. | CASE NO.: 2:18-cr-00309 <br><br> STIPULATION TO CONTINUE TIME FOR INITIAL ARRAIGNMENT & PLEA |

**STIPULATION TO CONTINUE TIME FOR INITIAL ARRAIGNMENT AND PLEA**

IT IS HEREBY STIPULATED AND AGREED by and between Phillip Smith, Assistant United States Attorney, counsel for the United States of America, and Maysoun Fletcher, Esq., counsel for defendant ELMER ABALBERTO HERNANDEZ-ESCOBAR, that the Initial Arraignment Hearing currently set for October 10, 2018 at 3:00 p.m. be vacated and reset to October 12, 2018 at 3:00 p.m. due to the fact that counsel for the Defendant has a conflict in her schedule because she is attending another arraignment hearing in Reno, Nevada on the date and time currently set.

DATED: October 4, 2018.

_/s/ Phillip Smith_       _/s/ Maysoun Fletcher_
PHILLIP SMITH, ESQ.      MAYSOUN FLETCHER, ESQ.
Assistant United States Attorney      Attorney for Defendant

IT IS SO ORDERED:

_____George Foley Jr._____
UNITED STATES MAGISTRATE JUDGE      DATED: 10/05/2018