# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ELMER ABALBERTO HERNANDEZ-ESCOBAR,<br><br>　　　　　Defendant. | 2:18-cr-00309-JAD-GWF<br>**ORDER** |

Before the court is Defendant's Motion for Immediate Pre-Trial Release (ECF No. 27).

Accordingly,

IT IS HEREBY ORDERED that any opposition must be filed on or before October 22, 2018. No reply necessary.

IT IS FURTHER ORDERED that a hearing on Defendant's Motion for Immediate Pre-Trial Release (ECF No. 27) is scheduled for 10:00 AM, October 25, 2018, in Courtroom 3D.

The U.S. Marshal is directed to transport defendant to and from the hearing.

DATED this 11th day of October, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE