# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| vs. | 2:18-cr-00309-JAD-GWF |
| ELMER ABALBERTO HERNANDEZ-ESCOBAR, | **ORDER** |
| Defendant. | |

Before the Court is the Stipulation to Continue Hearing on Defendant's Motion for Immediate Pre-Trial Release (ECF No. 32). Accordingly, IT IS HEREBY ORDERED that the the Stipulation to Continue Hearing on Defendant's Motion for Immediate Pre-Trial Release (ECF No. 32) is GRANTED.

IT IS FURTHER ORDERED that the hearing scheduled for October 25, 2018, is VACATED and RESCHEDULED to 3:00 PM, November 9, 2018, in Courtroom 3D. The U.S. Marshal is directed to transport defendant to and from the hearing.

DATED this 24th day of October, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE